# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK LIU,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RENO, *et. al.*,<br><br>    Defendants. | Case No. 3:22-CV-00551-ART-CLB<br><br>**ORDER** |

On December 13, 2022, Plaintiff Frank Liu ("Liu) initiated this action by filing an application to proceed *in forma pauperis* and along with a *pro se* civil rights complaint, (ECF Nos. 1, 1-1). On December 22, 2022, the Court issued a screening order pursuant to 28 U.S.C. § 1915A, granting Liu an opportunity to either amend his complaint or proceed on the complaint as stated in Order (ECF No. 3). Liu did not file an amended complaint.

Accordingly, **IT IS HEREBY ORDERED** that Liu will **PROCEED** against Defendant Reno Police Department Officer Scott Gauthier ("Gauthier") on the following claims: (1) violation of the Fourth Amendment as it relates to *Terry v. Ohio*, 392 U.S. 1, 19 (1968); and (2) violation of the Fourteenth Amendment as it relates to "racial profiling… without due process."

**IT IS FURTHER ORDERED** that the Clerk shall **ISSUE** a summons for the above-named defendant and deliver the same to the U.S. Marshal together with a copy of the complaint, (ECF No. 4), the screening order, (ECF No. 3), and this order for service on the defendant. The Clerk shall **SEND** to Liu one USM-285 form. Liu shall have until **February 13, 2023**, to complete the USM-285 service form and return it to the U.S. Marshal, 400 S. Virginia Street, 2nd Floor, Reno, Nevada 89501. If Liu fails to follow this order, the above-named defendant will be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that henceforth, Liu shall serve upon Defendant or, if appearance has been entered by counsel, upon the attorney(s) a copy of every pleading, motion, or other document submitted for consideration by the Court. Liu shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date that a true and correct copy of the document was mailed to the Defendant or counsel for defendant. The Court may disregard any paper received by a District Judge or a Magistrate Judge which has not been filed with the Clerk of the Court, and any paper received by a District Judge, Magistrate Judge, or Clerk of the Court which does not include a certificate of service.

**IT IS SO ORDERED.**

**DATED**: January 23, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**