Frank Liu

304 S. Jones BLVD #3416

Las Vegas, NV 89107

(702) 861-3154

frank.liu.96@gmail.com

Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Frank Liu** | Case No: **3:22-cv-00551-ART-CLB** |
|    **Plaintiff,** | |
| | **ORDER GRANTING** |
| vs. | **MOTION TO CHANGE DATE FOR FILING** |
| | **PLAINTIFF'S AMENDED COMPLAINT** |
| **City of Reno, et al.,** | |
|    **Defendants.** | |

## ADMINISTRATIVE MOTION TO CHANGE DATE

On December 22, 2022, Honorable Judge Baldwin granted Plaintiff until 1/21/2023 to file an Amended Complaint.  Because 1/21/2023 falls on a Saturday, Plaintiff believes Federal Rules of Civil Procedure - Rule 26 (C) would have it be due by end of day today (Monday 1/23/2023).

Plaintiff apologizes to this Court for needing to motion for a change of date.  Plaintiff is not an attorney and is proceeding Pro Se.  As someone who does not have a formal legal education nor the resources attorneys have, Plaintiff hopes this Court may grant him an extension to change the date so the Amended Motion be due by end of day Friday 1/27/2023.  Because Defendant(s) have not been served, Plaintiff does not believe this extension would hinder Defendant(s).

I am sorry for filing an administrative motion to change date so close to the deadline.  I hope this Court will consider my motion.  Thank you for your consideration.

Respectfully submitted,

*Frank Liu*

Dated: 1/23/2023

Frank Liu
Pro Se Plaintiff

## Order

Having considered Plaintiff's motion to extend time, it is **HEREBY ORDERED:**

Plaintiff's motion, (ECF No. 7), is **GRANTED**. The Court's prior order allowing Plaintiff to proceed on his original complaint, (ECF No. 5), is **VACATED**. Plaintiff's Amended Complaint is due by no later than 5:00 pm on **January 27, 2023**.

**IT IS SO ORDERED.**

Date: January 24, 2023

United States Magistrate Judge