X  FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 21, 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

Frank Liu
304 S. Jones BLVD #3416
Las Vegas, NV 89107
702-861-3154
frank.liu.96@gmail.com
Pro Se Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK LIU,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RENO and SCOTT GAUTHIER,<br><br>Defendants. | Case No.: 3:22-cv-00551-ART-CLB<br><br>**ORDER FOR DISMISSAL<br>WITH PREJUDICE AND<br>TERMINATION OF PROTECTIVE<br>ORDER (ECF 34)** |

COMES NOW, Plaintiff, FRANK LIU, pro se plaintiff, and Defendants CITY OF RENO and SCOTT GAUTHIER, by and through their attorneys at the Reno City Attorney's Office, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety, with each party to bear their own attorney's fees and costs. The parties further stipulate that the Protective Order entered August 17, 2023, as ECF Document number 34, be terminated in its entirety at the same time as the dismissal of this action.

DATED this  20th  day of February, 2024.   DATED this  20th  day of February, 2024.

By:                                                                 By: */s/ Mark A. Hughs*
                                                                              MARK A. HUGHS
  *[signature: Frank Liu]*                                Deputy City Attorney
                                                                              Nevada State Bar #5375
FRANK LIU                                                    Post Office Box 1900
304 S. Jones Blvd. #3416                               Reno, Nevada 89505
Las Vegas, NV  89107                                   *Attorneys for City of Reno*
Pro Se Plaintiff                                                *and Scott Gauthier*

1

**ORDER**

IT IS SO ORDERED.

DATED: This __21st__ day of __February__ 2024.

_____
UNITED STATES DISTRICT JUDGE